ALEXANDER S. RUSNAK (SBN 300054)
Rusnak Law Office
84 West Santa Clara St., Suite 790
San Jose, CA 95113
Telephone: (408) 780-9835
Facsimile: (408) 351-0114
E-mail: arusnak@rusnaklawoffice.com

SAMUEL KESTEN (SBN 300073)
Kesten-Law
84 West Santa Clara St., Suite 790
San Jose, CA 95113
Phone: (415) 497-3957
Fax: (888) 619-3210
E-mail: Sam@Kesten-Law.com

Attorneys for Plaintiff,
ANTHONY LEBBAD

KEVEN STEINBERG (SBN 151372)
Thompson Coe & O'Meara, L.L.P.
12100 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90025
Phone: (310) 954-2362
Fax: (310) 954 2345
E-mail: ksteinberg@thompsoncoe.com

Attorney for Defendant
RESTAURANT TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

| | |
|---|---|
| ANTHONY LEBBAD,<br><br>    Plaintiff,<br><br>vs.<br><br>RESTAURANT TECHNOLOGIES, INC. and DOES ONE THROUGH FIFTY,<br><br>    Defendants. | Case No.: 2:17-cv-01220-MCE-EFB<br><br>**JOINT STIPULATION REQUEST TO EXTEND THE NOVEMBER 10, 2016, VDRP SESSION DEADLINE AND ORDER**<br><br>Hon. Morrison C. England<br>Complaint Filed: March 16, 2017<br>Removed: June 12, 2017 |

1

Plaintiff Anthony Lebbad ("Plaintiff") and Defendant Restaurant Technologies, Inc. ("Defendant") stipulate and respectfully request the court extend the deadline to hold a Voluntary Dispute Resolution session, currently set for November 10, 2017. In support for their request, the parties state as follows:

WHEREAS, the parties agreed to participate in the Court's Voluntary Dispute Resolution Program ("VDRP").

WHERES, the parties agreed to have Robert Blum act as the VDRP Neutral Attorney and the VDRP Administrator appointed Robert Blum as the VDRP Neutral Attorney on August 11, 2017.

WHEREAS, pursuant to Local Rule 271(j)(1) the parties have until November 10, 2017, 91 days from the assignment of a VDRP neutral, to hold a VDRP session.

WHEREAS, due to scheduling conflicts and availability of counsel, the parties and the VDRP neutral, the parties will not be able to hold a VDRP session by November 10, 2017.

WHEREAS, there has been no previous extension or request for an extension of time in this matter to extend the deadline to hold a VDRP session.

Based on the foregoing, the parties stipulate and respectfully request that the court extend the deadline to hold a VDRP session, currently set for November 10, 2017, to January 12, 2018.

Dated: October 11, 2017　　　　　　　　　　Alexander S. Rusnak
　　　　　　　　　　　　　　　　　　　　　RUSNAK LAW OFFICE

　　　　　　　　　　　　　　　　　　　　　Samuel Kesten
　　　　　　　　　　　　　　　　　　　　　KESTEN LAW

　　　　　　　　　　　　　　　　　　　　　 /s/ Alexander S. Rusnak
　　　　　　　　　　　　　　　　　　　　　Alexander S. Rusnak
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Anthony Lebbad

Dated: October 11, 2017         Keven Steinberg
                                Thompson Coe & O'Meara, L.L.P.

                                /s/ Keven Steinberg
                                (as authorized on October 11, 2017)
                                _____
                                Keven Steinberg
                                Attorney for Defendant
                                Restaurant Technologies, Inc.

**ORDER EXTENDING DEADLINE FOR VDRP SESSION**

The Parties' stipulated request to extend the mediation deadline to January 12, 2018, is hereby GRANTED.

IT IS SO ORDERED.

Dated: October 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE