# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ANTHONY LEBBAD, | Case No.: 2:17-cv-01220-MCE-EFB |
| Plaintiff, | **ORDER AMENDING PRE-TRIAL SCHEDULING ORDER AND PRE-TRIAL DEADLINES** |
| vs. | |
| RESTAURANT TECHNOLOGIES, INC. and DOES ONE THROUGH FIFTY, | Complaint Filed: March 16, 2017 Removed: June 12, 2017 |
| Defendants. | |

After reviewing the Stipulation of the Parties to Amend Pre-Trial Scheduling Order and Pre-Trial Deadlines, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** the Court's Initial Pre-Trial Scheduling Order, dated June 13, 2017, is amended, extending the deadlines set forth therein and as outlined in the Parties' Joint Report of Rule 26(f) Conference, dated July 13, 2017. Therefore, the following deadlines are extended:

| | |
|---|---|
| Completion of non-expert discovery: | August 10, 2018 |
| Initial Expert Disclosures: | October 9, 2018 |
| Supplemental Expert Disclosures: | November 8, 2018 |
| Last Day to Hear Dispositive Motions: | February 6, 2019 |

**ORDER AMENDING PRE-TRIAL SCHEDULING ORDER AND PRE-TRIAL DEADLINES**

1

All other deadlines and Orders outlined in the Court's Initial Pre-Trial Scheduling Order, dated June 13, 2017, will remain the same.

**IT IS SO ORDERED.**

Dated: May 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE