UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LEBBAD,<br><br>    Plaintiff,<br><br>v.<br><br>RESTAURANT TECHNOLOGIES, INC. and DOES ONE THROUGH FIFTY,<br><br>    Defendants. | No. 2:17-cv-1220-MCE-EFB<br><br><br><br>ORDER AFTER HEARING |

This case was before the court on June 6, 2018, for hearing on plaintiff's motion to compel the production of documents and further deposition of defendant's Rule 30(b)(6) witness. ECF No. 15. Attorney Alexander Rusnak appeared on behalf of plaintiff. Attorneys Pamela Woodside and Yifei Chang appeared on behalf of defendant.[1]

For the reasons stated on the record, plaintiff's motion to compel (ECF No. 15) is granted. Defendant shall produce documents responsive to plaintiff's Request for Production of Documents Number 21 and produce for deposition its person most knowledgeable regarding defendant's financial conditional. Such discovery shall be limited to information concerning defendant's financial condition from November 2014 through present. The parties shall submit a

---

[1] Mr. Rusnak and Ms. Woodside appeared by telephone.

1

proposed protective order governing the exchange of confidential financial information by June 13, 2018.

So Ordered.

DATED: June 12, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE