# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ANTHONY LEBBAD, | CASE NO. 2:17-cv-01220-MCE-EFB |
| Plaintiff, | |
| vs. | **ORDER EXTENDING PRE-TRIAL DEADLINES** |
| RESTAURANT TECHNOLOGIES, INC., and DOES ONE THROUGH FIFTY, | |
| Defendants. | Trial Date: None Set |

After reviewing the Joint Stipulation to Extend Pre-Trial Deadlines, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** the following deadlines, set forth in the Court's Order Amending Pre-Trial Scheduling Order and Pre-Trial Deadlines, filed on May 23, 2018, are extended as follows:

**Initial Expert Disclosures:**     **January 7, 2019**

**Supplemental Expert Disclosures:**     **February 6, 2019**

**Last Day to Hear Dispositive Motions:**     **May 7, 2019**

/ / /

/ / /

All other deadlines and Orders outlined in the Court's prior scheduling orders will remain the same.

IT IS SO ORDERED.

Dated: September 25, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE