**RUSNAK LAW OFFICE**
ALEXANDER S. RUSNAK, SB# 300054
  E-Mail: arusnak@rusnaklawoffice.com
JENNIFER L. RUSNAK, SB# 247054
  E-Mail: jrusnak@rusnaklawoffice.com
1419 7th Street
Oregon City, Oregon 97045
Telephone: 408.780.9835
Facsimile: 408.351.0114

Attorneys for Plaintiff
Anthony Lebbad


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEVEN G. GATLEY, SB# 155986
  E-Mail: Steven.Gatley@lewisbrisbois.com
JERRY J. CHANG, SB# 243199
  E-Mail: Jerry.Chang@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
Restaurant Technologies, Inc.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ANTHONY LEBBAD, | Case No.: 2:17-cv-01220-MCE-EFB |
| Plaintiff, | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |
| vs. | |
| RESTAURANT TECHNOLOGIES, INC. and DOES ONE THROUGH FIFTY, | Judge: Hon. Morrison C. England |
| Defendants. | Complaint Filed: March 16, 2017<br>Removed: June 12, 2017 |

IT IS HEREBY STIPULATED by and between Plaintiff Anthony Lebbad and Defendant Restaurant Technologies, Inc., the parties to this action through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party bearing that party's own attorney's fees and costs.

DATED: January 23, 2019          RUSNAK LAW OFFICE

By:         s/ Alexander S. Rusnak
              Alexander S. Rusnak
              Jennifer Rusnak
              Attorneys for Plaintiff
              Anthony Lebbad

DATED: January 23, 2019          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:         s/ Steven G. Gatley (as authorized on 1/22/19)
              Steven G. Gatley
              Jerry J. Chang
              Attorneys for Defendant
              Restaurant Technologies, Inc.

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  January 23, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE